

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2025

No. 04-25-00636-CV

**IN THE INTEREST OF G.T.,** a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-EM5-01625
Honorable Christine Vasquez Hortick, Judge Presiding

**ORDER**

Sitting:     Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20. TEX. R. APP. P. 20.1.

It is so **ORDERED** on December 10, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court